In the Matter of RIDGEFIELD REFRIGERATION SERVICE, INC., Respondent, against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, Appellant.

Argued October 17, 1940; decided November 13, 1940.

*William C. Chanler*, Corporation Counsel (*Paxton Blair, Sol Charles Levine* and *Bernard H. Sherris* of counsel), for appellant.

*Samuel Bader and Harry G. Anderson* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.